United States District Court
Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5/25/12

---

BERKSHIRE II REAL ESTATE HOLDINGS, LLC, A/K/A BERKSHIRE REALTY GROUP, LLC,

          Plaintiff,

- against -

CENTRO HISPANO DANIEL TORRES, INC. A/K/A HISPANIC CENTER DANIEL TORRES, INC., AND FAMILY COUNSELING CENTER A/K/A FAMILI CARE COUNSELING CENTER, AND FIREMAN'S FUND INSURANCE COMPANY,

          Defendants.

12 Civ. 3936 (JGK)

MEMORANDUM OPINION AND ORDER

---

JOHN G. KOELTL, District Judge:

The plaintiff alleges diversity jurisdiction pursuant to 28 U.S.C. § 1332. The complaint describes the plaintiff as a limited liability corporation. A limited liability corporation has the citizenship of each of its members for the purposes of diversity jurisdiction. See Handelsman v. Bedford Vill. Assocs. Ltd. P'ship, 213 F.3d 48, 51-52 (2d Cir. 2000). The plaintiff should therefore advise the Court as soon as possible as to the citizenship of each of the members of this limited liability corporation.

SO ORDERED.

Dated: New York, New York
      May 24, 2012

                           John G. Koeltl
                      United States District Judge