United States District Court
Southern District of New York
_____

BERKSHIRE II REAL ESTATE HOLDINGS,
LLC, A/K/A BERKSHIRE REALTY GROUP,
LLC,                                              12 Civ. 3936 (JGK)

                        Plaintiff,       MEMORANDUM OPINION AND
                                                    ORDER

          - against -

CENTRO HISPANO DANIEL TORRES, INC.
A/K/A HISPANIC CENTER DANIEL TORRES,
INC., AND FAMILY COUNSELING CENTER
A/K/A FAMILI CARE COUNSELING CENTER,
AND FIREMAN'S FUND INSURANCE COMPANY,

                        Defendants.
_____

JOHN G. KOELTL, District Judge:

        The plaintiff is directed to explain to the Court by **June
27, 2012** why this action should not be dismissed for lack of
subject matter jurisdiction in view of the fact that complete
diversity appears to be lacking under 28 U.S.C. § 1332.
According to the letter submitted by the plaintiff, at least two
members of the limited liability company Berkshire Realty Group,
LLC are citizens of New York, and a limited liability
corporation has the citizenship of each of its members for the
purposes of diversity jurisdiction.  See Handelsman v. Bedford
Vill. Assocs. Ltd. P'ship, 213 F.3d 48, 51-52 (2d Cir. 2000).
Moreover, the complaint alleges that each of the defendant
corporations was incorporated under the laws of New York.  A

corporation has the citizenship of both its place of

incorporation and its principal place of business for the

purposes of diversity jurisdiction.  See 28 U.S.C. § 1332(c);

Sty-Lite Co. v. Eminent Sportswear Inc., 115 F. Supp. 2d 394,

398 (S.D.N.Y. 2000) ("[I]f either the corporation's place of

incorporation or principal place of business destroys diversity,

then the courts will not have diversity jurisdiction.").

    Accordingly, the plaintiff should show cause why this case

should not be dismissed for lack of complete diversity given

that one of the plaintiffs and all of the defendants appear to

be citizens of New York.

SO ORDERED.

Dated:    New York, New York
          June 12, 2012

                                    John G. Koeltl
                                United States District Judge