United States District Court
Southern District of New York
————————————————————————

BERKSHIRE II REAL ESTATE HOLDINGS,
LLC, A/K/A BERKSHIRE REALTY GROUP,
LLC,                                              12 Civ. 3936 (JGK)

                Plaintiff,         MEMORANDUM OPINION AND
                                          ORDER
    - against -

CENTRO HISPANO DANIEL TORRES, INC.
A/K/A HISPANIC CENTER DANIEL TORRES,
INC., AND FAMILY COUNSELING CENTER
A/K/A FAMILI CARE COUNSELING CENTER,
AND FIREMAN'S FUND INSURANCE COMPANY,

                Defendants.
————————————————————————

**JOHN G. KOELTL, District Judge:**

    The plaintiff is directed to advise the Court of the place of incorporation of defendant Fireman's Fund Insurance Company. While the plaintiff has explained that this defendant's principal place of business is in California, a corporation has the citizenship of both its place of incorporation and its principal place of business for the purposes of diversity jurisdiction.  See 28 U.S.C. § 1332(c); Sty-Lite Co. v. Eminent Sportswear Inc., 115 F. Supp. 2d 394, 398 (S.D.N.Y. 2000) ("[I]f either the corporation's place of incorporation or principal place of business destroys diversity, then the courts will not have diversity jurisdiction.").  Accordingly, the plaintiff

should provide this information to the Court as soon as possible.

**SO ORDERED.**

Dated:   New York, New York
         June 20, 2012

_____
John G. Koeltl
United States District Judge